UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff H. Warshow & Sons, Inc.

-v-

Defendant Roka Apparel Products, LLC

Case No. 07CV 4611
Judge STANTON

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for H. Warshow & Sons, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: May 31, 2007

Signature of Attorney

Attorney Bar Code: ///7761

Form Rule7_1.pdf