AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

H. WARSHOW & SONS, INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

ROKA APPAREL PRODUCTS, LLC

## 07 CV 4611

### JUDGE STANTON

TO: (Name and address of defendant)

ROKA APPAREL PRODUCTS, LLC
9487 REGENCY SQUARE BLVD, SUITE 145
JACKSONVILLE, FL 32225

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ELLIOT COHEN, ESQ.
TROUTMAN SANDERS LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
(212) 704-6000

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

CLERK

DATE

(BY) DEPUTY CLERK



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
H. WARSHOW & SONS, INC.,

        Plaintiff,

        -against-

ROKA APPAREL PRODUCTS, LLC,

        Defendant.
----------------------------------------X

Case No. 07 CV 4611
(Judge Stanton)

AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                       S.S.:
COUNTY OF NEW CASTLE )

        ONTRY PATTEN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 14th day of June, 2007, at approximately the time of 4:55 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT upon ROKA APPAREL PRODUCTS, LLC c/o National Corporate Research, Ltd. at 615 South Dupont Highway, Dover, DE, by personally delivering and leaving the same with CORY STEELE who informed deponent that she holds the position of Managing Agent with that company and is authorized by appointment to receive service at that address.

        CORY STEELE is a white female, approximately 24 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 128 pounds with brown hair.

_/s/ Ontry Patten_
ONTRY PATTEN

Sworn to before me this
19th day of June, 2007

_/s/ Kimberly J. Ryan_
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
H. WARSHOW & SONS, INC.,

        Plaintiff,

        -against-

ROKA APPAREL PRODUCTS, LLC,

        Defendant.
------------------------------------------------------X

Case No. 07 CV 4611
(Judge Stanton)

AFFIDAVIT OF SERVICE

STATE OF GEORGIA    )
    S.S.:
COUNTY OF LOWNDES    )

John V. Sansberry, Sr., being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 15th day of June, 2007, at approximately the time of 1:26 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT upon ROKA APPAREL PRODUCTS, LLC at 118 Fairbank Avenue, Thomasville, GA, by personally delivering and leaving the same with ALAN DAVIS who informed deponent that he holds the position of MANAGER, BRANCH with that company and is authorized by appointment to receive service at that address.

ALAN DAVIS is a WHITE MALE, approximately 40 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 160 pounds with BROWN hair.

_____
PROCESS SERVER

Sworn to before me this
20th day of June, 2007

_____
NOTARY PUBLIC
My Commission expires 3-31-2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com