UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

H. WARSHOW & SONS, INC.,                    Civil Action No. 07 cv 4611 (LLS)

                    Plaintiff,

        -against-

ROKA APPAREL PRODUCTS, LLC

                    Defendant.
-------------------------------------------------------------x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Wells Fargo Century, Inc.

I certify that I am admitted to practice in this court.

Dated: New York, New York
       July 5, 2007

                                    Respectfully submitted,

                                    SILVERBERG STONEHILL
                                    GOLDSMITH & HABER, P.C.
                                    Attorneys  for  Defendant,  Roka  Apparel
                                    Products, LLC

                            By:     s/ Kenneth R. Schachter
                                    Kenneth R. Schachter (KS-8833)

                                    111 West 40th Street
                                    New York, New York  10016
                                    (212) 730-1900

Of counsel:
Barbara Slott Pegg
Florida Bar No. 275352
New York Bar No. 2140468
316 Sea Moss Lane, Suite 3
Ponte Vedra Beach, Florida 32082
(904) 285-8100