UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
H. WARSHOW & SONS, INC.,                Civil Action No. 07 cv 4611 (LLS)

        Plaintiff,

                                                RULE 7.1 STATEMENT

  -against-

ROKA APPAREL PRODUCTS, LLC,

        Defendant.
------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant ROKA APPAREL PRODUCTS, LLC, to the above-captioned action certifies that the following are corporate parents and publicly held corporations that owns 10% or more of its stock: None.

Dated: New York, New York
        July 5, 2007

                                                 Respectfully submitted,

                                                 SILVERBERG STONEHILL
                                                 GOLDSMITH & HABER, P.C.
                                                 Attorneys for Defendant, Roka Apparel Products, LLC

                             By:    s/ Kenneth R. Schachter
                                    Kenneth R. Schachter (KS-8833)

                                    111 West 40th Street
                                    New York, New York 10016
                                    (212) 730-1900

Of counsel:
Barbara Slott Pegg
Florida Bar No. 275352
New York Bar No. 2140468
316 Sea Moss Lane, Suite 3
Ponte Vedra Beach, Florida 32082
(904) 285-8100