UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
H. WARSHOW & SONS, INC.,                    Civil Action No. 07 cv 4611 (LLS)

                Plaintiff,
                                            NOTICE OF MOTION
  -against-

ROKA APPAREL PRODUCTS, LLC

                Defendant.
------------------------------------------------------------x

      PLEASE TAKE NOTICE, defendant will move before the Honorable Louis L. Stanton in Courtroom 21CD, in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order pursuant to Fed. R. Civ. P. 12(b)(1), dismissing the complaint for lack of subject matter jurisdiction or, in the alternative, staying this action in favor of a related parallel action pending in Florida.

Dated:  New York, New York
          July 5, 2007

                                                       Respectfully submitted,

                                                       SILVERBERG STONEHILL
                                                     GOLDSMITH & HABER, P.C.
                                                     Attorneys for Defendant, Roka Apparel Products, LLC

                               By:    s/ Kenneth R. Schachter
                                      Kenneth R. Schachter (KS-8833)

                                      111 West 40th Street
                                      New York, New York 10016
                                      (212) 730-1900

Of counsel:
Barbara Slott Pegg
Florida Bar No. 275352
New York Bar No. 2140468
316 Sea Moss Lane, Suite 3
Ponte Vedra Beach, Florida 32082
(904) 285-8100