UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

H. WARSHOW & SONS, INC.,                    Civil Action No. 07 cv 4611 (LLS)

                    Plaintiff,

                                             AMENDED NOTICE OF APPEARANCE

          -against-

ROKA APPAREL PRODUCTS, LLC

                    Defendant.
-------------------------------------------------------------x

To the Clerk of this court and all parties of record:


Enter my appearance as counsel in this case for Roka Apparel Products, LLC.


I certify that I am admitted to practice in this court.


Dated: New York, New York
       July 6, 2007

                                   Respectfully submitted,

                                   SILVERBERG STONEHILL
                                   GOLDSMITH & HABER, P.C.
                                   Attorneys for Defendant, Roka Apparel
                                   Products, LLC


                    By:     s/ Kenneth R. Schachter
                           Kenneth R. Schachter (KS-8833)

                           111 West 40th Street
                           New York, New York  10016
                           (212) 730-1900

Of counsel:

Barbara Slott Pegg

Florida Bar No. 275352

New York Bar No. 2140468

316 Sea Moss Lane, Suite 3

Ponte Vedra Beach, Florida 32082

(904)  285-8100