UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

H. WARSHOW & SONS, INC.,                :

                      Plaintiff,    :    07 Civ. 4611 (LLS)

    -against-                                :

ROKA APPAREL PRODUCTS, LLC              :

                      Defendant.    :
------------------------------------x

### AFFIDAVIT OF HENRY WARSHOW IN OPPOSITION TO DEFENDANT ROKA APPAREL PRODUCTS, LLC'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STAY

STATE OF NEW YORK      )
                       )   ss:
COUNTY OF NEW YORK     )

Henry Warshow, being duly sworn, deposes and says:

1. My name is Henry Warshow. I am over eighteen years of age, am of sound mind and make the statements herein based on my personal knowledge.

2. I am the President of H. Warshow & Sons ("Warshow"), and in that capacity I have access to and knowledge of its books, records, and files, including the matters which give rise to this lawsuit. I have also reviewed the Affidavit of Larry Stone, submitted to the Court by Roka in this matter. The Affidavit of Larry Stone is annexed to the Declaration of Kenneth Schachter as Exhibit B.

3. During the period at issue, Warshow manufactured fabrics and textiles used for the production of clothing and other goods.

4. Warshow is incorporated in Delaware, and its principal place of business in located in New York, NY.

5. Warshow's officers and employees reside and work in and around the States of New York, Pennslyvania, and Virgina. None of its officers or employees reside or work in the State of Florida.

6. Warshow does not maintain in the State of Florida any business office, bank account, telephone listing, accounting books or records.

7. Warshow does not own, lease or maintain any real or personal property in the State of Florida.

8. Warshow has no agent in Florida and maintains no showroom in Florida.

9. I am personally familiar with the transactions and events upon which this dispute arises and would be a witness at a trial of this matter.

10. The transaction and events upon which this dispute arises were initiated by Roka Apparel Products, LLC ("Roka") in the State of New York.

11. Specifically, on or about March 3, April 6, April 12, November 2, 2004 and again on or about April 19, 2005, Roka's President, Larry Stone, visited Warshow's New York showroom to view our fabrics, and negotiate price, payment terms, fabric color, amount of fabric and delivery date. Following those meetings, I would contact Warshow's plant in Pennsylvania to provide the plant with order indication and initiate compliance with the order placed in New York.

12. In accordance with Roka's orders, the textiles were then shipped from Warshow's distribution facility in Pennsylvania to Roka's manufacturing facility in Honduras. None of the textiles were shipped to Florida.

13. As Mr. Stone confirms in his affidavit, the "sample purchase order" attached to his affidavit as Exhibit A is a document which was created and "issued" by Roka – not Warshow. See Affidavit of Larry Stone at ¶ 7.

14. While Roka's purchase order may state "F.O.B. Jacksonville," Warshow's documents, which correspond to that very purchase order, explicitly state "F.O.B. Mill" and shipment to Honduras. See Warshow Order Confirmation, annexed hereto as Exhibit A, and Internal Order from Warshow's New York Office to its Pennsylvania distribution facility, annexed hereto as Exhibit A.

15. The term "F.O.B. Jacksonville" in the Roka document represents its attempt to make Warshow responsible for freight costs at least as far as Jacksonville. Warshow, however, did not agree to this term and stated in its order confirmation, "F.O.B. Mill," which meant Roka was responsible for freight from the point of shipment – Warshow's mill in Pennsylvania. Roka accepted the goods under this term at its plant in Honduras.

16. In addition, Roka's own purchase order specifically states that shipment is to be made to Honduras. The purchase order is also addressed from Honduras.

17. In summary, the textile fabrics at issue in this dispute were selected in New York, distributed from Pennsylvania, and shipped to Honduras.

18. Roka has twice acknowledged its debt to Warshow for the unpaid textiles in the amount of $232,583.93 plus interest. See May 12, 2006 Letter from Warshow's insurance carrier, annexed hereto as Exhibit B; see also July 25, 2006 facsimile from Roka to Warshow, annexed hereto as Exhibit C.

3

*[signature]*
Henry Warshow

Sworn to before me this
17th day of July, 2006

*[signature]*
Notary Public

**ANTHONY CARDILLO**
**Notary Public**, State of New York
No. 034860234
**Qualified** in Bronx County
**Commission** Expires May 27, 2010

4

# EXHIBIT "A"

# H. WARSHOW & SONS, INC.

PAGE: 1     DATE: 3/09/2005

N.Y. ORDER # SO 0043783 - 000

please use above # for all inquiries.

1375 BROADWAY, 23RD FLOOR • NEW YORK, NY 10018 • (212) 921-9200

F.O.B. MILL

Customer Purchase Order Number: R359456

SOLD TO: ROKA APPAREL PRODUCTS, LLC
    SUITE 145
    9487 REGENCY SQUARE BLVD, N.
    JACKSONVILLE, FL    32225

ATT:

SHIP TO: HONDURAS CUTTING
    HAHLET MFG-2, ZOLI PARQUE IND
    VILLANUEVA BUILDING #8
    VILLANUEVA-C HONDURAS, C.A.

ATT:

CUSTOMER ASSORTMENT PO #:
SALESMAN: FELDMAN ED
TERMS: 30 PLUS 30
ROUTING: NEW PENN PREPAID

SELLING STYLE: 07750 - 0083
FIBER CONTENT: BRT ANTRON LYCRA

THE PRICES QUOTED ON THIS ORDER CONFIRMATION ARE SUBJECT TO CHANGE BASED ON RAW MATERIAL PRICE INCREASE

TOTAL YARDS: 3000.00000

WHITE PRICE: .000    COLOR PRICE: .000    PREMIUM PRICE: 7.750    FINISH CODE: 0067    OVERRIDE:

Usage Code: INT
Customer Code #:

Shipping Schedule — Week Ending 04/02/05 — Yardage 3000.00

| Shade # | Description | Yardage | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 43253 |
| 44494 | AUB RICH B | 3000.00 | 3000.00 | | | | | |

Special Instructions:
4/2 is the submit date

ing 6572

028   3/04/2005

CREDIT RECHECK

"WHALE"

| GREIGE YARDS | | | FINISHED YARDS | | |
|---|---|---|---|---|---|
| BALANCE | DYE ORDERS ISSUED | YARDS | BALANCE | SHIPPED | DATE |
| | 8385 | | 31-2 nd | 1577 | 3/29 |
| | 82858 | | 165-2 nd | 1412 | 3/24 |
| | | | | 24.09 | |

CONVERTING COPY

# EXHIBIT "B"

PAGE 01
TROUTMAN SANDERS
03/06/2007 17:08 21270460810
MAY-12-2006 FRI 04:03 PM   EULER / ACI   FAX NO. 4107530942   P. 01


EULER HERMES
ACI

May 12, 2006

Warshow, H & Sons Inc
1375 Broadway 23rd Floor
New York, NY 10018

Attention:   Mohamed Hakeek

Re:                Warshow, H & Sons Inc
Claim No:          000327137
Debtor:            Roka Apparel Products LLC
Your Account No:   3442
Balance Due:       264,783.21 US$

Dear Mr Hakeek:

☐   This will confirm your acceptance of _____ in full settlement.

☐   Please execute the attached where indicated and return ASAP.

☐   Enclosed letter received from attorney. Our file previously closed. Please correspond directly with attorney.

☐   The above account has been closed as withdrawn. Therefore, we are returning the enclosed.

Comments:   Attached please find a copy of the general offer proposal from the debtor. Please note that the debtor currently list an amount owing your company of $232,583.93. The debtor is offering a 37.5% payout under the offer. The attorney advised me that the debtor would waive the arbitration clause for discrepancies and will negotiate on an amount owing to you. Please execute the acceptance forms and return them directly to our attorney Gregory Foster, so that he can send the information directly to the debtor.

Sincerely,

James Mobley
Claim Specialist II
Euler Hermes ACI

Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117-1008
Tel. 410-753-0763
Fax: 410-753-0943
www.eulerhermes.com

# EXHIBIT "C"

07/16/2006  03:41   19047258320                ROKA                              PAGE 01

9487 Regency Sq. Blvd.
Jacksonville, FL 32225



# Fax

| To: | Morris Kaplen | From: | Karon Stone |
|---|---|---|---|
| Fax: | 212-944-5704 | Pages: | 3 |
| Phone: | | Date: | July 25, 2006 |
| Re: | | CC: | |

☐ Urgent   ☐ For Review   ☒ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments: Mr. Kaplan,

I am sending a reconciliation of RoKa's AP to Warshow's AR.

Please note that I have a statement of account from Warshow clearly showing the $33,000 wire being applied to the oldest invoices. You stated that it was applied to the three invoices which you added to the statement, but the wire was made on 6/10/05 and the invoices are dated much later. In any case, those invoices have been paid either by MAST or RoKa wire in September. All invoices dated after 6/30/05 were prepaid by RoKa or paid by MAST.

Thank you. Please contact me @ kstone@rokaapparel.com if you need further information.

Karon Stone

07/16/2005  03:41  19847158328                    MLKH                              PAGE  04

Reconciliation of RoKa AP to Warshow AR

| | | |
|---|---|---|
| Balance per RoKa | $ | 232,583.93 |
| Chargeback | $ | 4,192.90 |
| Overpayment | $ | (80.45) |
| Overpayment | $ | (167.89) |
| Invoice 30519 | $ | 8,127.00 |
| Invoice 31023 | $ | 4,985.67 |
| Invoice 31024 | $ | 13,824.77 |
| Intimark Inv. Difference | $ | 1,057.77 |
| Balance per Warshow | $ | 254,783.21 |

EXPLANATIONS

We are researching this chargeback
I do not have information
I do not have information
This invoice was paid by MAST
This invoice was paid by RoKa's 9/26/05 wire of $32,000
This invoice was paid by RoKa's 9/26/05 wire of $32,000
This is the difference in the credit given for the shipment to Intimark

ROKA DETAIL AP

| Date | Inv. # | Amount |
|---|---|---|
| 11/19/2004 | 28532 | $ 8,116.83 |
| 11/19/2004 | 28533 | $ 32,508.25 |
| 11/19/2004 | 28534 | $ 11,082.50 |
| 11/19/2004 | 28535 | $ 10,481.60 |
| 11/19/2004 | 28536 | $ 10,424.40 |
| | | $ 69,652.78 |
| 6/10/2005 WIRE | | $ (33,000.00) |
| Balance | | $ 36,652.78 |
| 11/24/2004 | 28597 | $ 15,178.86 |
| 11/24/2004 | 28598 | $ 3,798.75 |
| 1/14/2005 | 29054 | $ 7,895.08 |
| 1/14/2005 | 29055 | $ 7,158.74 |
| 1/25/2005 | 29149 | $ 271.85 |
| 1/27/2005 | 29170 | $ 40.36 |
| 3/11/2005 | 29554 | $ 9,072.56 |
| 3/29/2005 | 29706 | $ 4,947.50 |
| 3/29/2005 | 29707 | $ 23,164.75 |
| 4/29/2005 | 30046 | $ 10,757.00 |
| 5/6/2005 | 30103 | $ 11,581.60 |
| 5/6/2005 | 30104 | $ 7,161.00 |
| 5/6/2005 | 30105 | $ 10,735.50 |
| 5/6/2005 | 30106 | $ 4,312.00 |
| 5/6/2005 | 30107 | $ 8,843.00 |
| 5/13/2005 | 30181 | $ 3,208.00 |
| 5/13/2005 | 30182 | $ 10,433.50 |
| 5/13/2005 | 30183 | $ 10,333.75 |
| 5/13/2005 | 30184 | $ 3,458.00 |
| 5/13/2005 | 30185 | $ 10,810.80 |
| 5/17/2005 | 30199 | $ 59.27 |
| 5/19/2005 | 30225 | $ 160.10 |
| 5/20/2005 | 30239 | $ 163.63 |
| 5/20/2005 | 30240 | $ 178.19 |
| 5/20/2005 | 30251 | $ 3,490.50 |
| 5/20/2005 | 30252 | $ 4,398.00 |
| 5/20/2005 | 30253 | $ 1,207.50 |
| 5/20/2005 | 30254 | $ 1,686.00 |
| 5/20/2005 | 30255 | $ 5,442.10 |
| 5/20/2005 | 30256 | $ 7,705.25 |
| 5/20/2005 | 30257 | $ 8,440.00 |

| Date | Number | Amount |
|---|---|---|
| 5/25/2005 | 30281 | $ 180.10 |
| 5/28/2005 | 30295 | $ 303.75 |
| 6/27/2005 | 30310 | $ 3,365.20 |
| 8/5/2005 | 30373 | $ 3,208.45 |
| 8/8/2005 | 30374 | $ 14,037.10 |
| 8/8/2005 | 30375 | $ 10,841.25 |
| 8/8/2005 | 30376 | $ 7,117.25 |
| 8/8/2005 | 30377 | $ 3,878.50 |
| 8/8/2005 | 30378 | $ 13,104.00 |
| 6/8/2005 | 30379 | $ 3,618.00 |
| 6/8/2005 | 30380 | $ 9,016.00 |
| 6/10/2005 | 30426 | $ 180.10 |
| 6/10/2005 | 30438 | $ 7,591.50 |
| 6/10/2005 | 30439 | $ 10,417.05 |
| 6/17/2005 | 30499 | $ 3,969.50 |
| 6/17/2005 | 30500 | $ 4,071.85 |
| 6/17/2005 | 30526 | $ 25,224.80 |
| 6/17/2005 | 30527 | $ 3,776.50 |
| 6/17/2005 | 30528 | $ 7,345.25 |
| CREDIT | | $ (128,511.77) |
| BALANCE DUE | | $ 232,593.50 |