UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
:
H. WARSHOW & SONS, INC.,         :   07 Civ. 4611 (LLS)
:
:
              Plaintiff,         :   **AFFIDAVIT OF SERVICE**
:   E-FILED
     -against-                   :
:
ROKA APPAREL PRODUCTS, LLC       :
:
              Defendant.         :
----------------------------------------x

I am not a party to the action, am over 18 years of age and reside in Kings County, New York. On July 19, 2007, I served a copy of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss, or in the Alternative, to Stay; the Affidavit of Henry Warshow, and the Declaration of Seanna R. Brown by posting such documents electronically to the ECF website of the United States District Court for the Southern District of New York on all registered ECF parties in the action.

_____
Seanna R. Brown

Sworn to before me this
19th day of July, 2007

_____
Notary Public

ISIDORE ZIMERMAN
Notary Public, State of New York
No. 4506784
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires July 31, 20__09