UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

H. WARSHOW & SONS, INC.,                    Civil Action No. 07 cv 4611 (LLS)

                        Plaintiff,

                                            <u>NOTICE OF MOTION</u>

        -against-

ROKA APPAREL PRODUCTS, LLC

                        Defendant.
-------------------------------------------------------------x

        PLEASE TAKE NOTICE, defendant will move before the Honorable Louis L. Stanton in

Courtroom 21CD, in the United States District Court for the Southern District of New York, 500

Pearl Street, New York, New York, for an Order pursuant to Fed. R. Civ. P. 12(b)(1), dismissing the

amended complaint for lack of subject matter jurisdiction or, in the alternative, staying this action

in favor of  a related parallel action pending in Florida.

Dated: New York, New York
       August 1, 2007

                              Respectfully submitted,

                              SILVERBERG STONEHILL
                              GOLDSMITH & HABER, P.C.
                              Attorneys for Defendant, Roka Apparel
                              Products, LLC


                     By:     s/ Kenneth R. Schachter
                             Kenneth R. Schachter (KS-8833)

                             111 West 40th Street
                             New York, New York  10016
                             (212) 730-1900

Of counsel:

Barbara Slott Pegg

Florida Bar No. 275352

New York Bar No. 2140468

316 Sea Moss Lane, Suite 3

Ponte Vedra Beach, Florida 32082

(904)  285-8100