EXHIBIT "C"

6457 Regency Sq. Blvd.
Jacksonville, FL 32225


RoKa Apparel Products LLC

# Fax

| To: | Morris Kaplan | From: | Karon Stone |
| --- | --- | --- | --- |
| Fax: | 212-944-6704 | Pages: | 3 |
| Phone: | | Date: | July 25, 2005 |
| Re: | | CC: | |

☐ Urgent    ☐ For Review    ☒ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments: Mr. Kaplan,

I am sending a reconciliation of RoKa's AP to Warshow's AR.

Please note that I have a statement of account from Warshow clearly showing the $33,000 wire being applied to the oldest invoices. You stated that it was applied to the three invoices which you added to the statement, but the wire was made on 6/10/05 and the invoices are dated much later. In any case, these invoices have been paid either by MAST or RoKa wire in September. All invoices dated after 6/30/05 were prepaid by RoKa or paid by MAST.

Thank you. Please contact me @ kstone@rokaapparel.com if you need further information.

Karon Stone

### Reconciliation of RoKa A/P to Warnshow A/R

| | | |
|---|---|---|
| Balance per RoKa | $ | 232,581.03 |
| Chargeback | $ | 4,952.50 |
| Overpayment | $ | (80.45) |
| Overpayment | $ | (507.58) |
| Invoice 30619 | $ | 8,127.05 |
| Invoice 31025 | $ | 4,886.57 |
| Invoice 31024 | $ | 13,934.77 |
| Intemark Inv. Difference | $ | 1,687.27 |
| Balance per Warnshow | $ | 264,783.21 |

### EXPLANATIONS

We are researching this chargeback
I do not have information
I do not have information
This invoice was paid by MAST
This invoice was paid by RoKa's 8/26/05 wire of $32,000
This invoice was paid by RoKa's 9/25/05 wire of $32,000
This is the difference in the credit given for the shipment to Intermark

### ROKA DETAIL A/P

| Date | Invoice | | Amount |
|---|---|---|---|
| 11/19/2004 | 28532 | $ | 6,115.53 |
| 11/19/2004 | 28533 | $ | 32,958.25 |
| 11/19/2004 | 28534 | $ | 10,082.50 |
| 11/19/2004 | 28535 | $ | 10,461.80 |
| 11/19/2004 | 28536 | $ | 10,424.49 |
| | | $ | 69,852.78 |
| 6/10/2005 WIRE | | $ | (33,000.00) |
| Balance | | $ | 36,852.78 |
| 11/24/2004 | 28597 | $ | 15,176.88 |
| 11/24/2004 | 28598 | $ | 3,768.73 |
| 1/14/2005 | 29054 | $ | 7,096.05 |
| 1/14/2005 | 29055 | $ | 7,153.74 |
| 1/25/2005 | 29141 | $ | 271.85 |
| 1/27/2005 | 29170 | $ | 40.36 |
| 3/11/2005 | 29564 | $ | 9,072.56 |
| 3/28/2005 | 29700 | $ | 4,947.50 |
| 3/29/2005 | 29707 | $ | 23,164.75 |
| 4/29/2005 | 30048 | $ | 10,787.00 |
| 5/6/2005 | 30103 | $ | 11,681.50 |
| 5/6/2005 | 30104 | $ | 7,161.00 |
| 5/6/2005 | 30105 | $ | 10,735.50 |
| 5/6/2005 | 30106 | $ | 4,312.00 |
| 5/6/2005 | 30107 | $ | 8,043.00 |
| 5/13/2005 | 30181 | $ | 3,208.00 |
| 5/13/2005 | 30182 | $ | 10,433.60 |
| 5/13/2005 | 30183 | $ | 10,333.75 |
| 5/13/2005 | 30184 | $ | 3,458.00 |
| 5/13/2005 | 30185 | $ | 10,810.00 |
| 5/17/2005 | 30198 | $ | 59.27 |
| 5/18/2005 | 30225 | $ | 180.10 |
| 5/20/2005 | 30239 | $ | 163.33 |
| 5/20/2005 | 30240 | $ | 178.19 |
| 5/20/2005 | 30251 | $ | 5,490.50 |
| 5/20/2005 | 30252 | $ | 4,396.00 |
| 5/20/2005 | 30253 | $ | 1,207.50 |
| 5/20/2005 | 30254 | $ | 1,588.00 |
| 5/20/2005 | 30255 | $ | 6,442.10 |
| 5/20/2005 | 30256 | $ | 7,705.25 |
| 5/20/2005 | 30257 | $ | 5,440.00 |