**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/07
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

H. WARSHOW & SONS, INC.,                :     07 Civ. 4611 (LLS)
                                        :
                      Plaintiff,        :     **NOTICE OF**
                                        :     **VOLUNTARY DISMISSAL**
        -against-                       :     **WITHOUT PREJUDICE**
                                        :
ROKA APPAREL PRODUCTS, LLC              :
                                        :
                      Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO ALL PARTIES AND TO
THEIR ATTORNEYS OF RECORD:**

   **TAKE NOTICE** that H. Warshow & Sons, Inc., plaintiff, dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       August 13, 2007

                                        TROUTMAN SANDERS LLP
                                        By: _____
                                            Elliot Cohen, Esq.
                                            The Chrysler Building
                                            405 Lexington Avenue
                                            New York, NY 10174
                                            (212) 704-6000
                                            *Attorney for Plaintiff*

                                        SO ORDERED:

                                        _____
                                        Louis L. Stanton
                                        U.S.D.J. 8/14/07

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )ss:
COUNTY OF NEW YORK  )

Seanna R. Brown, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On August 13, 2007, I served the within Notice of Voluntary Dismissal Without Prejudice by depositing a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the attorneys at the addresses set forth below.

> Mr. Kenneth Schachter
> Silverberg Stonehill Goldsmith & Haber, P.C.
> 111 W. 40th Street
> New York, NY 10016

> Ms. Barbara Slott Pegg
> 316 Sea Moss Lane
> Ponte Vedre Beach, FL 32082

_____
Seanna R. Brown

Sworn to before me this
13th day of August 2007

_____
Notary Public

ANTHONY CARDILLO
Notary Public, State of New York
No. 034860234
Qualified in Bronx County
Commission Expires May 27, 2011